THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS PRATTS, Appellant.

Submitted October 25, 2010; decided November 17, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

In the Matter of SASHA B., a Child Alleged to be Neglected. ERICA B., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted November 15, 2010; decided November 17, 2010

Motion for poor person relief granted.

U.S. BANK NATIONAL ASSOCIATION, Respondent, v LISA ANN PIA et al., Appellants. (And a Third-Party Action.)

Submitted September 7, 2010; decided November 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.